IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALDINE DOMALESKI<br>Plaintiff<br><br>vs.<br><br>PINNACLE ASSET GROUP, LLC<br>Defendant | CIVIL ACTION<br><br><br><br>NO.  11-CV-5189 |

**STIPULATION OF DISMISSAL**

AND NOW, this 21st day of March, 2012,  it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.


Warren Law Group, P.C.


BY:  /s/ *Bruce K. Warren*
     Bruce K. Warren, Esquire
     Attorney for Plaintiff




BY: /s/ *Raymond C. Stilwell*
     Raymond C. Stilwill
     Attorney for Defendant