IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GERALDINE DOMALESKI<br>Plaintiff | CIVIL ACTION |
| vs. | |
| PINNACLE ASSET GROUP, LLC<br>Defendant | NO. 11-CV-5189 |

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 21 2012 ★
LONG ISLAND OFFICE

## STIPULATION OF DISMISSAL

AND NOW, this 21st day of March, 2012, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren Law Group, P.C.

BY: /s/ *Bruce K. Warren*
Bruce K. Warren, Esquire
Attorney for Plaintiff

BY: /s/ *Raymond C. Stilwell*
Raymond C. Stilwill
Attorney for Defendant

*The Clerk of the Court shall close the case.*

Joseph F. [illegible]
USDJ
Date: March 21, 20[12]
Central Islip, N.Y.